MICHAEL F. HARDIMAN (SBN 104508)
HARDIMAN & CARROL
mhardiman@sflawfirm.com
450 Sansome Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 248-3930
Facsimile: (415) 248-3933
Attorneys for Plaintiff ARCHITECTURAL GLASS
AND ALUMINUM CO., INC.

PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHITECTURAL GLASS AND ALUMINUM CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES 1-25, Defendant. | CASE NO. CV08-04219 CW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> AS MODIFIED |

IT IS HEREBY STIPULATED by and between plaintiff ARCHITECTURAL GLASS AND ALUMINUM CO., INC. and defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), through their respective attorneys of record, as follows:

WHEREAS, this matter is set for an Initial Case Management Conference on December 16, 2008;

WHEREAS, the parties have agreed to a private mediation before Vivien Williamson to occur on January 29, 2009 and therefore, in the interest of efficiency and avoiding potentially unnecessary expenses, the parties requested that the Initial Case Management Conference be continued;

WHEREAS, the parties believe the Initial Case Management Conference should be continued to February 27, 2009, or some other convenient date following the scheduled mediation on January 29, 2009.

**IT IS SO STIPULATED.**

Dated: November 14, 2008

                                      HARDIMAN & CARROL

                                      By: _____
                                       MICHAEL F. HARDIMAN.
                                       Attorneys for Plaintiff
                                       ARCHITECTURAL GLASS AND
                                       ALUMINUM CO.

Dated: November 14, 2008           ROPERS, MAJESKI, KOHN & BENTLEY

                                        By: _____
                                        PAMELA E. COGAN
                                       Attorneys for Defendant
                                       LIBERTY MUTUAL FIRE INSURANCE
                                       COMPANY

## ORDER

The Initial Case Management Conference, currently scheduled for December 16, 2008, is continued to February ~~27,~~ 24 2009 at 2:00 p.m. The parties are directed to file a Case Management Conference Statement one week prior to the Initial Case Management

Conference.

    IT IS SO ORDERED.

Dated:    11/25/08

_____
THE HONORABLE CLAUDIA WILKEN

## PROOF OF SERVICE

Re: **ARCHITECTURAL GLASS & ALUMINUM CO. v. LIBERTY MUTUAL FIRE INSURANCE COMPANY**
U.S. District Court, Northern District of California
Case No. C 08-04219 CW

I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is c/o HARDIMAN & CARROLL, 450 Sansome Street, Suite 700, San Francisco, California 94111. I am readily familiar with HARDIMAN & CARROLL's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On November 17, 2008, I caused to be served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

___ **MAIL**: by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below.

___ **FACSIMILE**: by causing a true copy thereof to be telecopied to the party at the facsimile number as set forth below.

_X_ **ELECTRONIC FILE & SERVE**: I caused to be delivered by ECF Filing this date each of the above documents, to the following:

| | |
|---|---|
| *for plaintiff Architectural Glass and Aluminum Co., Inc.* | *for defendant Liberty Mutual Fire Insurance Company* |
| Brandt L. Wolkin, Esq. | Pamela E. Cogan |
| WOLKIN CURRAN, LLP | Ropers Majeski Kohn Bentley PC. |
| 555 Montgomery Street | 1001 Marshall Street |
| Suite 1100 | Suite 300 |
| San Francisco, CA 94111 | Redwood City, CA 94063 |
| Tel: 415-982-9390 | Direct Dial: 650) 780-1671 |
| Fax: 415-982-4328 | Tel: 650-364-8200 |
| | Fax: 650-780-1701 |

___ [STATE] I declare under penalty of perjury that the foregoing is true and correct.

_X_ [FEDERAL] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2008, at San Francisco, California.

_____
Theresa Bajema